UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY McCAMEY,

    Plaintiff,

v.

SNOHOMISH COUNTY SHERIFF'S OFFICE,

    Defendants.

Case No. C11-1157-RSM-BAT

**REPORT AND RECOMMENDATION**

The Court ordered plaintiff Timothy McCamey to show cause why this matter should not be dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute. (Dkt. 10.) On October 24, 2011, the order to show cause directed to plaintiff was returned as undeliverable, presumably because Mr. McCamey had been released. (Dkt. 11.) Local Rule CR 41(b)(2) provides as follows:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address. If mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

Thus, Mr. McCamey should have notified the Court of his current address at latest by **December 23, 2011**. *See also* Local Rule W.D. Wash. CR 10(f) (requiring parties to notify the Court within

REPORT AND RECOMMENDATION- 1

ten days of a change of address). Because plaintiff has failed to notify the Court of his current address by the sixty-day deadline to do so, this action should be dismissed without prejudice for failure to prosecute.

The Court recommends that this action be **DISMISSED** without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2). A proposed order accompanies this Report and Recommendation.

DATED this 4th day of January, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2