UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY McCAMEY, | ) |
| Plaintiff, | ) Case No. C11-1157-RSM |
| v. | ) **ORDER OF DISMISSAL** |
| SNOHOMISH COUNTY SHERIFF'S OFFICE, *et al.*, | ) |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. This matter is **DISMISSED** without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2);

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 22nd day of February 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1